Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHEPER GAMES, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACKED PARTY, INC., a Delaware corporation,<br><br>Defendant. | Case No. 2:17-cv-01070-RAJ<br><br>**~~PROPOSED~~ STIPULATED MOTION AND ORDER**<br>**(LCR 10(g))** |

**STIPULATION**

Kheper Games, Inc. and Packed Party Inc. submitted a stipulated motion and order on September 25, 2017 seeking an extension of Packed Party's response date to October 20, 2017. As that motion indicated, the parties were close to reaching an agreement to settle this lawsuit. Although the motion indicated that it would be the final extension request, due to travel and business commitments, negotiations proceeded more slowly than anticipated.

Currently, the parties have negotiated a fully-drafted settlement agreement and are in discussions to resolve one outstanding material term. The parties' principals require some additional time to meet and to negotiate that outstanding term. Therefore, in order to permit the parties the opportunity to resolve this matter without devoting resources or burdening the Court with what may be unnecessary pleadings, the parties hereby stipulate and agree, and respectfully

STIPULATION AND ORDER - 1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

4847-4849-0833.1

request that this Court order that Packed Party be granted a 21-day extension of time until November 10, 2017 to answer, move or otherwise respond to the Complaint.

DATED this 19th day of October, 2017.

Respectfully submitted,

*s/Mona McPhee*
Mona McPhee, WSBA No. 30305
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: mona.mcphee@millernash.com
Attorneys for Plaintiff Kheper Games, Inc.

Stipulation agreed to by:

*s/Christopher T. Holland*
Christopher T. Holland
HOLLAND LAW LLP
200 Montgomery Street, Suite 800
San Francisco, CA 94104
Tel: (415) 200-4980
Fax: (415) 200-4989
Email: CHolland@HollandLawLLP.com

## ORDER

IT IS HEREBY ORDERED that Packed Party, Inc. has until November 13, 2017 to respond to the Complaint.

Dated this 23rd day of October, 2017.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

STIPULATION AND ORDER - 2

4847-4849-0833.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121